UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK MORRIS WALDROUP,

    Plaintiff,

v.

    Case No. 1:22-cv-175

    HON. JANE M. BECKERING

UNKNOWN FARBER, et al.,

    Defendants.
_____/

## ORDER

This is a prisoner civil rights action under 42 U.S.C. § 1983. Defendant Matthew Farber (named as "Unknown Farber") filed a Motion for Summary Judgment (ECF No. 38). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 22, 2024 (ECF No. 43), recommending that this Court grant the motion for summary judgment and terminate the case. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 43) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 38) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

2

A Judgment will be entered consistent with this Order.


Dated: May 20, 2024                              /s/ Jane M. Beckering
                                                JANE M. BECKERING
                                                United States District Judge